

STEVEN L. LEVITT
KAREN L. WEISS
_____

Of Counsel
ROSE LEVITT
MICHAEL D. SCHIMEK‡
_____

IRENE TENEDIOS*
TREVOR M. GOMBERG* †
MATTHEW I. KOOPERSMITH*
MICHAEL R. SEIDON
\* Also Admitted In New Jersey
† Also Admitted In D.C. and Florida
‡ Also Admitted in Texas

Of Counsel
HON. EDWIN KASSOFF
Presiding Justice, Appellate Term
NYS Supreme Court, Retired
(1924-2015)

It is hereby ORDERED that the parties' request is GRANTED.  The February 16, 2021 Initial Pretrial Conference is ADJOURNED to March 10, 2021 at 2:00 p.m.

SO ORDERED.

Date:   February 10, 2021
        New York, New York



JOHN P. CRONAN
United States District Judge

February 10, 2021

**VIA ECF AND E-MAIL (CronanNYSDChambers@nysd.uscourts.gov)**
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      Re:    *Exelon Generation Company, LLC v. East Coast Power & Gas, LLC*
                  <u>Southern District of New York Case No.: 1:20-cv-09625-JPC</u>

Your Honor:

      This firm is counsel to Defendant East Coast Power & Gas, LLC in the above matter.

      We submit this <u>joint</u> letter application with Plaintiff's counsel under Individual Practice Rule 3.B. of Your Honor's Individual Practices, to respectfully request that the Initial Pretrial Conference ("IPTC") be adjourned from the presently scheduled date of February 16, 2021, to <u>Friday, March 5 (afternoon); Tuesday, March 9; or Wednesday, March 10, 2021</u>.  If none of these dates are convenient for the Court then the parties would be happy to confer and propose alternate dates.

      The purpose of this request is to allow the parties additional time to meet and confer in accordance with Rule 26(f) and thereafter, to submit a proposed case management plan and scheduling order, and joint letter as directed by the Court's Order (Doc. 10) at least seven days prior to the IPTC.  <u>No prior request</u> for an adjournment of the IPTC has been made, and this enlargement of time will not affect any other scheduled dates in this action.

      We thank the Court for its time and courtesies.

                                                        Respectfully submitted,

                                                        **LEVITT LLP**

                                  By:    */s/ Matthew I. Koopersmith*___
cc:    Counsel of Record (via ECF)           Matthew I. Koopersmith, Esq.