UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

EXELON GENERATION COMPANY, LLC,

                         Plaintiff,                                 20-CV-9625 (JPC)

                          -v-                                       ORDER

EAST COAST POWER AND GAS, LLC,

                         Defendant.

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On June 17, 2021, Trevor M. Gomberg, counsel for Defendant East Coast Power and Gas, LLC, filed a motion to withdraw as Defendant's counsel. Dkt. 26. Any opposition to the motion to withdraw shall be filed by June 25, 2021, and any reply shall be filed by June 30, 2021. Unless and until the Court grants the motion, Mr. Gomberg remains counsel of record. If Defendant has secured new counsel, new counsel shall promptly enter a notice of appearance in this action.

        SO ORDERED.

Dated: June 21, 2021
       New York, New York

                                                            JOHN P. CRONAN
                                                            United States District Judge