UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
EXELON GENERATION COMPANY, LLC, :
:
                         Plaintiff, :          20-CV-9625 (JPC)
:
                        -v- :          <u>ORDER</u>
:
EAST COAST POWER AND GAS, LLC, :
:
                       Defendant. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On June 17, 2021, Trevor M. Gomberg, counsel for Defendant East Coast Power and Gas, LLC, filed a motion on behalf of Levitt LLP to withdraw as Defendant's counsel and for a temporary stay of discovery. Dkts. 26, 28. On June 25, 2021, Plaintiff filed a response consenting to the withdrawal and a 60-day extension of the upcoming discovery deadlines.

       Accordingly, Mr. Gomberg's request to withdraw as counsel for Defendant is granted. All discovery deadlines shall be extended by 60 days. Accordingly, fact discovery shall be completed by October 11, 2021, and expert discovery shall be completed by November 23, 2021. The parties shall submit a joint status letter by December 30, 2021.

       If Defendant has secured new counsel, new counsel shall promptly enter a notice of appearance in this action. In the event that Defendant has not secured new counsel by July 23, 2021, Plaintiff shall submit a letter notifying the Court and proposing next steps in this action.

       The Clerk of the Court is respectfully directed to terminate the motions at Docket Numbers 26 and 28, and to terminate Trevor M. Gomberg and Matthew Koopersmith from the docket.

       SO ORDERED.

Dated: June 25, 2021                                _____
      New York, New York                         JOHN P. CRONAN
                                                         United States District Judge