

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3400
mjayne@foley.com

September 3, 2021

*Via ECF*
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
Telephone: (212) 805-0218

      Re:    Case No. 1:20-cv-09625-JPC; *Exelon Generation Company, LLC v. East Coast Power & Gas, LLC*

Dear Judge Cronan,

    We represent Plaintiff, Exelon Generation Company, LLC ("Plaintiff"), in the above-referenced action. We write to respectfully request a brief extension of our time to file a motion for default judgment until September 7, 2021. The current deadline to file this motion is September 3, 2021, pursuant to your honor's Order dated August 27, 2021 (ECF No. 35). Plaintiff seeks a brief extension in order to fully prepare Plaintiff's motion and the supporting documents to be filed therewith.

Plaintiff's request is granted.  Plaintiff shall have until September 7, 2021 to move for default judgment.  Plaintiff shall serve this Order on Defendant within two business days of filing the motion for default judgment.

SO ORDERED.

Date:   September 3, 2021
         New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

FOLEY AND LARDNER LLP

*/s/Marcella M. Jayne*
Marcella M. Jayne, Esq.

cc:    East Coast Power & Gas, LLC
       Attn: Michael Kowal, Esq.
       Corporate Counsel
       (via e-mail & First Class Mail)

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TAMPA |
| BOSTON | HOUSTON | MIAMI | SAN DIEGO | WASHINGTON, D.C. |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN FRANCISCO | BRUSSELS |
| DALLAS | LOS ANGELES | NEW YORK | SILICON VALLEY | TOKYO |
| DENVER | MADISON | ORLANDO | TALLAHASSEE | |