```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EXELON GENERATION COMPANY, LLC,                                  :
                                                                 :
                                Plaintiff,                       :    20 Civ. 9625 (JPC)
                                                                 :
                -v-                                              :    ORDER
                                                                 :
EAST COAST POWER AND GAS, LLC,                                   :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 7, 2021, the Court directed Plaintiff to "submit supplemental briefing setting forth the methodology and calculations for determining the 'Early Termination Amount' provided to Defendant on May 6, 2020, Dkt. 53, Exh. F, and sought in connection with Plaintiff's motion for default judgment." Dkt. 57 at 1. On December 13, 2021, Plaintiff submitted a two-page supplemental memorandum and accompanying declaration which appear to reiterate the information that was already provided in the Plaintiff's default judgment papers, Dkts. 52-55, but do not provide the methodology and calculations for the Early Termination Amount as directed by the Court, including the methodology and calculations for each of the nine "Amount[s] due to ExGen/(ECPG)," as provided in Exh. F.

To the extent Plaintiff seeks entry of judgment of default as to liability and damages at the hearing scheduled for tomorrow, December 15, 2021, at 9:30 a.m., Plaintiff shall either submit, in advance of tomorrow's hearing, supplemental briefing in accordance with the Court's December 7 Order, which sets forth the detailed methodology and calculations for determining the "Early

2

Termination Amount," or be prepared to provide the Court with such methodology and calculations during tomorrow's hearing.

    SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                              JOHN P. CRONAN
                                       United States District Judge