UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
EXELON GENERATION COMPANY, LLC,                :
:
                Plaintiff,                :      20 Civ. 9625 (JPC)
:
     -v-                :      <u>ORDER</u>
:
EAST COAST POWER AND GAS, LLC,                :
:
                Defendant.                :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Plaintiff's request for an adjournment of the hearing on Plaintiff's motion for default judgment scheduled for December 15, 2021 at 9:30 a.m.  Dkt. 60.  Plaintiff requests adjournment of the default judgment hearing because it "needs additional time to collect the required documentation and information detailing the methodology used to calculate the 'Early Termination Amount.'"  *Id.*  Accordingly, it is hereby ORDERED that the default judgment hearing scheduled on December 15, 2021 is adjourned to January 25, 2022 at 12:00 p.m.  It is further ORDERED that Plaintiff shall serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order.  Within two business days of service, Plaintiff must file proof of such service on the docket.

       The Clerk of Court is respectfully directed to terminate the letter motion pending at Docket 60.

       SO ORDERED.

Dated: December 14, 2021                                  _____
      New York, New York                            JOHN P. CRONAN
                                                    United States District Judge