UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                 :

EXELON GENERATION COMPANY, LLC,        :

                           Plaintiff,                        :                20 Civ. 9625 (JPC)

     -v-                                          :                <u>ORDER</u>

EAST COAST POWER AND GAS, LLC,         :

                           Defendant.                   :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court is in receipt of Plaintiff's request for a 30-day adjournment of the hearing on Plaintiff's motion for default judgment scheduled for January 25, 2022 at 12:00 p.m.  Dkt. 63. Plaintiff requests an adjournment of the default judgment hearing because "Plaintiff is in tentative settlement negotiations with Defendant East Coast Power & Gas, LLC" and because "Plaintiff needs further time to collect the required documentation and information detailing the methodology used to calculate the 'Early Termination Amount.'"  *Id.*

       It is hereby ORDERED that the default judgment hearing scheduled on January 25, 2022 is adjourned to March 1, 2022 at 11:00 a.m.  It is further ORDERED that Plaintiff shall serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order. Within two business days of service, Plaintiff must file proof of such service on the docket.  The Clerk of Court is respectfully directed to terminate the letter motion pending at Docket 63.

       SO ORDERED.

Dated: January 24, 2022                                              _____
       New York, New York                                         JOHN P. CRONAN
                                                                         United States District Judge