UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                :
EXELON GENERATION COMPANY, LLC,   :
                :
          Plaintiff,   :         20 Civ. 9625 (JPC)
                :
    -v-   :         <u>ORDER</u>
                :
EAST COAST POWER AND GAS, LLC,   :
                :
          Defendant.   :
                :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 24, 2022, Plaintiff requested a 30-day adjournment of the hearing on Plaintiff's motion for default judgment scheduled for January 25, 2022 because "Plaintiff is in tentative settlement negotiations with Defendant East Coast Power & Gas, LLC" and "Plaintiff needs further time to collect the required documentation and information detailing the methodology used to calculate the 'Early Termination Amount.'" Dkt. 63. That same day, the Court granted Plaintiff's request and adjourned the default judgment hearing to March 1, 2022 at 11:00 a.m. Dkt. 64.

It is hereby ORDERED that, by February 25, 2022, Plaintiff shall submit a letter advising the Court regarding the status of the parties' settlement and whether Plaintiff intends to proceed with the default judgment hearing scheduled on March 1, 2022. If Plaintiff does intend to proceed with the default judgment hearing on March 1, 2022, Plaintiff shall submit, by February 25, 2022, its supplemental briefing setting forth the methodology and calculations for determining the "Early Termination Amount" as ordered by the Court in its December 7 and 14, 2022 Orders.

SO ORDERED.

Dated: February 23, 2022
       New York, New York
                                                 JOHN P. CRONAN
                                                 United States District Judge