UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                    :

EXELON GENERATION COMPANY, LLC,        :

                            Plaintiff,                   :          20 Civ. 9625 (JPC)

                -v-                                   :              <u>ORDER</u>

EAST COAST POWER AND GAS, LLC,         :

                          Defendant.               :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Plaintiff's request for a 30-day adjournment of the hearing on Plaintiff's motion for default judgment scheduled for March 1, 2022, at 11:00 a.m. Dkt. 71. Plaintiff requests an adjournment of the default judgment hearing because "Plaintiff needs additional time to collect the required documentation and information needed in order to prepare the supplemental briefing setting forth the methodology and calculations for the 'April Settlement – Pre-Suspension' amounts required by the Court prior to the Hearing pursuant to the Order dated February 28, 2022 (ECF No. 70)." *Id.*

      It is hereby ORDERED that the default judgment hearing scheduled on March 1, 2022 is adjourned to March 31, 2022, at 2:30 p.m. Plaintiff shall submit its supplemental submissions in connection with its motion for default judgment by March 28, 2022. It is further ORDERED that Plaintiff shall serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order. Within two business days of service, Plaintiff must file proof of such service on the docket.

The Clerk of Court is respectfully directed to terminate the letter motion pending at Docket 71.

SO ORDERED.

Dated: February 28, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge