UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
EXELON GENERATION COMPANY, LLC,  :
 :
                Plaintiff, :      20 Civ. 9625 (JPC)
 :
     -v- :      <u>ORDER</u>
 :
EAST COAST POWER AND GAS, LLC, :
 :
                Defendant. :
 :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The hearing on Plaintiff's motion for default judgment scheduled for March 31, 2022, at 2:30 p.m. is adjourned to April 5, 2022, at 2:00 p.m. At the scheduled time, the parties should call (866) 434-5269, access code 9176261. Plaintiff shall submit its supplemental submissions in connection with its motion for default judgment by March 28, 2022. Plaintiff is further directed to serve Defendant via overnight courier with a copy of this Order and file proof of service on the docket by March 25, 2022.

      SO ORDERED.

Dated: March 23, 2022
       New York, New York
                                                       JOHN P. CRONAN
                                                United States District Judge