UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXELON GENERATION COMPANY, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>EAST COAST POWER AND GAS, LLC,<br><br>   Defendant. | CIVIL ACTION NO. 1:20-cv-9625<br><br>**[UPDATED PROPOSED]**<br>**DEFAULT JUDGEMENT** |

This action having been commenced on November 16, 2020, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served and served by Secretary of State on Defendant, East Coast Power and Gas, LLC, the Court having granted Counsel's Motion to Withdraw on June 25, 2021, Defendant not having retained new counsel to further represent it in this matter nor indicating any intent to do so, and a Clerk's Certificate of Default being issued on October 29, 2021, it is

**ORDERED, ADJUDGED AND DECREED**, that the Plaintiff, Constellation Energy Generation, LLC f/k/a Exelon Generation Company, LLC, have judgment against Defendant, East Coast Power and Gas, LLC, for the principal amount sued for (not including the Early Termination Fee) of $536,159.29 and attorneys' fees of $66,008.13, being owed under the ISDA Master Agreement, Power Annex, and associated schedules, along with the First, Second Amendment, Third Amendment, Fourth Amendment, and Fifth Amendment, together with interest at 9% from May 6, 2020, through April 5, 2022, calculated at the rate of 9% per annum pursuant to N.Y. CPLR §§ 5001 and 5004, amounting to $92,407.80 plus costs and disbursements of this action in the amount of $870.00, allowable under 28 U.S.C. §1920, for a total judgment in the amount of $695,445.22.

The Clerk of Court is also respectfully directed to amend the caption of this action to replace "Exelon Generation Company, LLC" with "Constellation Energy Generation, LLC, *formerly known as* Exelon Generation Company, LLC" as Plaintiff in this action.

Dated: New York, New York
        April 5, 2022

_____
JOHN P. CRONAN
United States District Judge

This document was entered on the docket on_____